IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PRINCE SAYON LENARD MOORE SCOTT, III, #279 776, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:19-CV-606-ALB |
| KILBY A.D.O.C. ADMINISTRATIVE STAFF, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## **ORDER**

On October 28, 2019, the Magistrate Judge filed a Recommendation (Doc. 5) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and this case is hereby DISMISSED without prejudice for Plaintiff's failure to comply with the orders of the court.

A Final Judgment will be entered separately.

DONE this 6th day of October, 2019.

       /s/ Andrew L. Brasher
ANDREW L. BRASHER
UNITED STATES DISTRICT JUDGE